IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
DOCKET NO: 14-4867

| | | |
|---|---|---|
| TRACY C. ANDERSON | ) | |
|         Appellant, | ) | |
| | ) | |
| vs | ) | **MOTION FOR EXTENSION** |
| | ) | **OF TIME TO FILE MEMORANDUM/** |
| UNITED STATES OF AMERICA | ) | **BRIEF IN SUPPORT OF APPEAL** |
| | ) | |
| _____ | ) | |

      **NOW COMES** the Appellant, by and through his counsel and respectfully moves this Honorable Court pursuant to Fed. R. App. P. 26(b), to enlarge the time for filing Appellant's memorandum/brief in support of Appellant's appeal. In support of this Motion, the Appellant shows:

      1. That the Appellant's opening brief and joint appendix are due on or before February 25, 2014.

      2. That counsel for this Appellant requires additional time to explore and review Appellant's sentencing transcripts as well as other materials related to Appellant's appeal.

      3. That the Appellant is currently housed in McCreary USP, a United States Penitentiary in Pine Knot, Kentucky.

      4. That counsel for the Appellant is preparing for two potential State court jury trials within the next two weeks.

      5. Counsel for the Appellant requests that the due date for the Brief of Appellant and Joint Appendix be extended to April 1, 2015.

      6. The Appellant has been in contact with Appellee's counsel, given notice of this request and Appellee has no objection.

      7. This Motion is made in good faith and not for the purpose of delay.

**WHEREFORE**, the Defendant respectfully moves this Honorable Court to grant his motion for enlargement of time to file memorandum/brief in support of appeal.

      **Respectfully** submitted the 6th Day of February, 2015

                                                  _____

s/Reggie E. McKnight, Esq.
Bar Number: 23851
Attorney for the Appellant
McKnight Law Firm, P.L.L.C
1401 East 7th St., Suite 100
Charlotte, NC  28204
Ph:     704-333-9283
Fax:    704-333-9280
Email:  rmcknight@mcknightlawfirm.com

## CERTIFICATE OF SERVICE

I, Reggie McKnight, do hereby certify that I have served a copy of the attached **Motion for Extension of Time to File Memorandum/brief in support of Appeal** upon the following via the Court's ECF system

>Amy E. Ray
>Appellate Chief
>Assistant United States Attorney
>100 Otis Street
>Asheville, NC 28801

This the 6th Day of February, 2014

>_____
>s/Reggie E. McKnight, Esq.
>Bar Number: 23851
>Attorney for the Appellant
>McKnight Law Firm, P.L.L.C
>1401 East 7th St., Suite 100
>Charlotte, NC  28204
>Ph:     704-333-9283
>Fax:    704-333-9280
>Email:  rmcknight@mcknightlawfirm.com