**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 31, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 14-4867,   <u>US v. Tracy Anderson</u>
               3:13-cr-00219-FDW-1

TO:   Reggie E. McKnight

BRIEF OR APPENDIX CORRECTION DUE:  April 10, 2015

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

_____

  [ ] <u>See Checklist</u>: Please make corrections identified on attached checklist.

Additionally, this is not a Memorandum Brief.  Please refile as a BRIEF and choose OPENING from the dropdown menu when filing electronically.


Donna Lett, Deputy Clerk
804-916-2704